# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF
# NORTH CAROLINA
# 3:16cv 60

Daniel Tejeda Chevez,

        Petitioner,     :

                           :     ORDER

      V                  :

George Solomon ,

        Respondent.


Petitioner Daniel Tejeda Chavez brings this action under 28 U.S.C. §2254, Petition for Writ of Habeas Corpus.

In reviewing Plaintiff's complaint, it appears the incident giving rise to this action occurred in Davidson County which is located in the Middle District of North Carolina.

Therefore, pursuant to the provisions of Section 2241(d) of Title 28 of the United States Code, IT IS HEREBY ORDERED that the entire record of this proceeding be and the same is hereby transferred to the United States District Court for the Middle District of North Carolina.

So ORDERED, this first day of March, 2016.

                                       Signed: March 1, 2016

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court